IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

PAUL B.,

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 2:24-cv-00330

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

      Defendant.

# ORDER

This action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On November 18, 2024, Magistrate Judge Aboulhosn submitted his Proposed Findings & Recommendation, [ECF No. 8], ("PF&R") and recommended that the court **DENY** the plaintiff's request for remand, [ECF No. 5], **GRANT** the defendant's request to affirm the final decision, [ECF No. 6], **AFFIRM** the final decision of the Commissioner, and **DISMISS** this matter from the court's docket. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn,* 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court accepts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DENIES** the plaintiff's request for remand, [ECF No. 5], **GRANTS** the defendant's request to affirm the final decision, [ECF No. 6], **AFFIRMS** the final decision of the Commissioner, and **DISMISSES** the case **with prejudice**, and **DIRECTS** this action to be removed from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: January 24, 2025

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE